May 16, 2008

Mr. Lawrence Higgins
Wynne Unit
TDC #1060189
Huntsville, TX 77349
Mr. James Farren
Randall County Criminal District Attorney
2309 Russell Long Blvd., Suite 120
Canyon, TX 79015

RE: Case Number: 06-0917
 Court of Appeals Number: 07-05-00004-CV
 Trial Court Number: 50,468C

Style: LAWRENCE HIGGINS
 v.
 RANDALL COUNTY SHERIFF'S OFFICE

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause. (Justice Johnson not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Jo Carter|
| | |
| |Ms. Peggy |
| |Culp |